IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

CHARLES HARPER,                )
                               )
    Plaintiff,                 )
                               )
v.                             )    CV 105-22
                               )
BILLY NICHOLS,                 )
                               )
    Defendant.                 )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's motion for entry of default judgment is **DENIED**.

SO ORDERED this 7th day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE